UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DASHOWMA HUGHES | Violation: Title 18, United States Code, Section 922(g)(1)<br><br>1:25-cr-00073<br>Juan Mary M. Rowland<br>Magistrate Judge Maria Valdez<br>RANDOM / Cat. 4 |

The SPECIAL MAY 2024 GRAND JURY charges:

On or about November 14, 2024, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

DASHOWMA HUGHES,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Taurus G3, 9-millimeter handgun, bearing serial number ACL570860, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2024 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Taurus G3, 9-millimeter handgun, bearing serial number ACL570860, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY